# **<u>Exhibit 2</u>**

FREE SHIPPING OVER $60



LOGIN | CART / $0.00

NEW ARRIVALS | ACCESSORIES | JEWELRY | KIDS | MEN | PETS | WOMEN | WISHLIST

HOME / MEN / SWEATERS

Showing all 12 results    Default sorting

**CATEGORÍAS DE PRODUCTOS**

- Accessories
- Jewelry
- Kids
- Men
  - Outerwear
  - Pants
  - Polos
  - Quarterzips
  - Shirts
  - Shoes
  - Shorts
  - Sweaters
  - T-Shirts
- Pets
- Women






Sale!
MEN
Kiel James Patrick American Retriever Monogram Sweater (Men'S) Clearance
$128.34 $73.15

Sale!
MEN
Kiel James Patrick American Yacht Sweater Hot
$184.14 $92.02



Sale!
MEN
Kiel James Patrick American Yacht Sweater- Cream Hot
$184.14 $91.96



Sale!
MEN
Kiel James Patrick American Yacht Sweater- Green New
$184.14 $90.25



Sale!
MEN
Kiel James Patrick Embroidered Irish American Sweater (Men'S) Clearance
$119.04 $69.04



Sale!
MEN
Kiel James Patrick Griswold Woody Monogram Sweater (Men'S) Clearance
$128.34 $91.06



Sale!
MEN
Kiel James Patrick Irish Shamrock Flag Sweater New
$184.14 $90.27



Sale!
MEN
Kiel James Patrick Squam Lake Canoe Monogram Sweater (Men'S) Clearance
$128.34 $92.40



Sale!
MEN
Kiel James Patrick The Bedford Cable Knit Sweater Wholesale
$137.64 $75.70



Sale!
MEN
Kiel James Patrick The Eastwood Sweater Hot
$156.24 $89.47



Sale!
MEN
Kiel James Patrick The J. Dean Sweater New
$156.24 $89.97



Sale!
MEN
Kiel James Patrick The Maritime Sweater Hot
$156.24 $90.80



**ABOUT US**

About Us

Contact Us

My Account

**PRODUCTOS**


Kiel James Patrick New England Coastal Knit Sweater Hot
$119.04 $75.00


Kiel James Patrick Daffodil Days Sweater Online
$119.04 $69.04

**NEWSLETTER**

Email

SUBSCRIBE

**PRIVACY POLICY**

Shipping Policy

Terms & Conditions

Shipping

Privacy Policy

Copyright 2024 © **stripetsweater.com**


