# **Exhibit 3**



